UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAEUN KIM,

                Plaintiff,

-against-                               21 **CIVIL** 2500 (GBD)

## **JUDGMENT**

THEODORE STEPHENS II, ALFONSE CIFELLI,
MYRA TARANTINO, JOSEPH GIODANO, MIRA
OHM, JOHN STRANGFELD, CAROLINE FEENEY,
MICHAEL SACCENTO,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 27, 2021, Defendants' motion to dismiss is granted and Plaintiff's Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

       October 28, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                        **BY:**      *K. Mango*

                                                  **Deputy Clerk**